UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------

OFF-WHITE LLC.,

                                    Plaintiff,

-against-

2017PINGAN, ET AL.,

                                    Defendants.

20-cv-5191 (KPF)

------------------------------------------------------------

OFF-WHITE LLC.,

                                    Plaintiff,

-against-

24 HOURS DELIVERY STORE, ET AL.,

                                    Defendants.

20-cv-5194 (KPF)

------------------------------------------------------------

OFF-WHITE LLC,

                                    Plaintiff,

-against-

A9660, ET AL.,

                                    Defendants

20-cv-5196 (KPF)

**ORDER TO UNSEAL**

------------------------------------------------------------

WHEREAS the Court orders that the above-referenced actions be unsealed and Records Management upload all documents filed to date on the Electronic Case Filing system.

**SO ORDERED.**

SIGNED this 28th day of July, 2020, at 4:00 p.m.
New York, New York

*Katherine Polk Failla*

_____
HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE